IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:08CR58 |
| | ) | |
| ELADIO PEREZ-GUITERREZ, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Pretrial Services shall investigate the release plan proposed in defendant's Motion to Review Detention [20] and provide a report to the court on or before April 7, 2008.

    DATED this 28th day of March, 2008.

                                            BY THE COURT:

                                            s/ F.A. Gossett
                                            United States Magistrate Judge